No. 11–971.  ROUNDS ET VIR v. GENZYME CORP.  C. A. 11th Cir.  Certiorari denied.

No. 11–977.  MARSHALL v. WASHINGTON STATE BAR ASSN. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–981.  SUTTON v. COLSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 11–987.  GARDNER ET AL. v. CHISM ET UX.  C. A. 9th Cir. Certiorari denied.

No. 11–988.  FLINT v. HEYBURN, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY.  C. A. 6th Cir.  Certiorari denied.

No. 11–989.  FALDAS v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 11–993.  LEISER, LEISER & HENNESSY, PLLC v. McCARTHY ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 11–995.  McKENNA ET AL. v. CITY OF PHILADELPHIA, PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 11–996.  TODD v. COPELAND.  Sup. Ct. Va.  Certiorari denied.

No. 11–997.  ZHONG HUA YAN v. HOLDER, ATTORNEY GENERAL.  C. A. 2d Cir.  Certiorari denied.

No. 11–1000.  POLIN v. VIRGINIA ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 11–1002.  WEBER, FKA SALL v. SALL.  Sup. Ct. N. D.  Certiorari denied.

No. 11–1010.  PIERCE ET AL. v. ALLEGHENY COUNTY, PENNSYLVANIA, ET AL.  Commw. Ct. Pa.  Certiorari denied.

No. 11–1017.  QI YANG CHEN v. HOLDER, ATTORNEY GENERAL. C. A. 6th Cir.  Certiorari denied.